UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 APR 10 P 4:09

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER L. CHILDS,

Defendant.

Case No. 18-CR-69

[18 U.S.C. §§ 1591 & 1594(c)]

---

**INDICTMENT**

---

**COUNT ONE**
**(Conspiracy to Engage in Sex Trafficking)**

**THE GRAND JURY CHARGES:**

Beginning before January 2009, and continuing through March 29, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**CHRISTOPHER L. CHILDS**

conspired and agreed with persons known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate commerce, female victims, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause the victims to engage in commercial sex acts in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

In violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO
**(Sex Trafficking Involving Force, Fraud, or Coercion)**

**THE GRAND JURY FURTHER CHARGES:**

Beginning by at least September 16, 2015, and continuing until approximately February 28, 2017, in the State and Eastern District of Wisconsin and elsewhere,

**CHRISTOPHER L. CHILDS,**

in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means AV-1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV-1 to engage in commercial sex acts.

In violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

## COUNT THREE
**(Sex Trafficking Involving Force, Fraud, or Coercion)**

**THE GRAND JURY FURTHER CHARGES:**

Beginning by at least October 31, 2015, and continuing through on or about May 15, 2017, in the State and Eastern District of Wisconsin and elsewhere,

**CHRISTOPHER L. CHILDS,**

in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means AV-2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV-2 to engage in commercial sex acts.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

## FORFEITURE NOTICE
**18 U.S.C. §§ 1591 or 1594**

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1591 or 1594, set forth in Counts One through Three of this Indictment, the defendant, CHRISTOPHER L. CHILDS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594:

   a. any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense, and any property traceable to such property; and

   b. any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

2. The property to be forfeited includes, but is not limited to a sum of money equal to the proceeds derived from the offenses.

3. If any of the property described above, as a result of any act or omission by a defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

[redacted]

FOREPERSON

Dated: 4-10-2018

MATTHEW D. KRUEGER
United States Attorney