U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| | | | | |
|---|---|---|---|---|
| Name of Defendant: Christopher Childs | | Address: City, State and Zip Code: Hartford, WI | | |
| Date of Birth: xx-xx- 1972 | | Occupation: Unknown | | |
| Name of Defendant's Attorney: **John W Campion** | | Address of Defendant's Attorney: Federal Defender Services of Wisconsin Inc<br>517 E Wisconsin Ave - Rm 182<br>Milwaukee, WI 53202<br>414-221-9900<br>Fax: 414-221-9901<br>Email: john_campion@fd.org | | |
| Name of U.S. Attorney: Erica J. Lounsberry and Richard G. Frohling | | | | |
| Has warrant been issued? ☒ YES ☐NO | When? 3/28/18 | By Whom? Magistrate Judge Nancy Joseph | | |
| Has warrant been executed? ☒ YES ☐NO | When? 3/29/18 | Where? | | |
| Has defendant appeared before a Magistrate? ☒ YES ☐NO | When? 3/29/18 | Who? Magistrate Judge Nancy Joseph | | |
| Is the defendant in custody? ☒ YES ☐NO | Where? Federal-Dodge Co. Jail | | | |
| Pretrial Scheduling Conference Necessary? ☒ YES ☐NO | | | | |
| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
| ☐ | ☐ | ☒ | ☐ | ☒ |
| Milwaukee Case ☒ Green Bay Case ☐ County: Dodge | | | | |
| Minor Offense | | | | |
| Petty Offense | | | | |
| Arraignment & plea before: 4/12/18 | Judge: | Magistrate: Nancy Joseph | | |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

**THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN**

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 1 | 12/23/2008-03/28/2017 | Conspiracy to Commit Human Trafficking (18 U.S.C. § 1594(c)) | • Max. life in prison<br>• Up to 5 years on SR<br>• $250,000 max fine<br>• $100 SA |
| 2 | 9/16/15-02/28/17 | Sex Trafficking by Force, Fraud or Coercion (18 U.S.C. § 1591(a)(1), (b)(1)) | • 15 - life in prison<br>• 5 to life on SR<br>• $250,000 max fine<br>• $100 SA |
| 3 | 10/31/15-05/15/17 | Sex Trafficking by Force, Fraud or Coercion (18 U.S.C. § 1591(a)(1), (b)(1)) | • 15 - life in prison<br>• 5 years to life on SR<br>• $250,000 max fine<br>• $100 SA |

**Agency/Agent: FBI/Heather Wright**

**OCDETF: ☐YES ☒ NO**